UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PEDRO GOMEZ,

                Plaintiff,                              **18-CV-00850 (KBF)**

                                                            **Declaration of Service**

       -against-

BB MANAGEMENT OF NEW YORK, CORP., and
AARON BAUER,

                Defendants.

-----------------------------------------------------------------------X

       Stuart Weinberger declares pursuant to 28. U.S.C. § 1746, as follows:

  I am not a party to this action. On March 9, 2018 I filed the Defendants' answer to the complaint by an ECF filing. Service was accomplished on the attorneys listed below electronically through the ECF system.

    Abdul Hassan, Esq.
    Abdul Hassan Law Group, PLLC
    215-28 Hillside Avenue
    Queens Village, NY 11427
    (718) 740-1000

  I declare under the penalty of perjury that the foregoing is true and correct. Executed on the 9th day of March, 2018.

                                                              /s/ Stuart Weinberger
                                                              Stuart Weinberger