**GOLDBERG AND WEINBERGER LLP**
Attorneys at Law

**630 Third Avenue, 18th Floor**
**New York, New York 10017**

**Lewis Goldberg (N.Y., CT. & N.J.)**   _____   **OTHER OFFICE:**
**Stuart Weinberger (N.Y. & N.J.)**   **REDDING, CT.**

**TEL: (212) 867-9595**
**FAX: (212) 949-1857**

June 4, 2018

Honorable Judge Katherine Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Regrading:     Gomez v. BB Management of New York Corp., et.al.

Civil Action No.:    18-CV-00850 (KBF)

Dear Judge Forrest:

    Our firm represents the defendants in this matter. A conference had scheduled before the Court this past Friday, June 1st. The conference did not occur because the Court was occupied with a criminal matter.

    The plaintiff and the defendants respectfully request that the conference before the Court be re-scheduled for a date after June 19th. The reason for this request is that there is a settlement conference scheduled before Magistrate Judge Moses for June 19th. Thus, after June 19th, the parties will have a clearer picture of whether this case will be continuing and, if so, the likely course it will be following.

    A copy of this letter has been served on plaintiff' counsel by an ECF filing.

Respectfully submitted,
/s/ Stuart Weinberger
Stuart Weinberger

cc: Abdul Hassan, Esq.

> A telephonic status conference is hereby scheduled for Thursday, September 6, 2018 at 3:00 p.m.  The parties shall call Chambers (212-805-0276) from one line at that time.

SW:BBMgt.L6418

*K. B. Forrest*
6/19/18